IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG A. BOWES, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 09-05784 |
| v. | : | |
| SOUTH WHITEHALL TOWNSHIP, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW this 12th day of August, 2010, upon consideration of Defendants' Motion to Dismiss (Doc. No. 8), the responses of Plaintiffs (Doc. Nos. 19 and 25), Defendants' Reply in Support of their Motion to Dismiss (Doc. No. 30), Defendants' Rule 11 Motion for Sanctions (Doc. No. 17) and Plaintiffs' Response thereto (Doc. No 26), Plaintiffs' Motion to Place the Within Action in Civil Suspense (Doc. No. 19) and Defendants' Response thereto (Doc. No. 24), and the parties' oral arguments at the April 20, 2010 hearing; and after a complete and independent review of the Complaint (Doc. No. 1), it is ORDERED that:

1. Defendants' Motion to Dismiss (Doc. No.8) is GRANTED.

2. Defendants' Rule 11 Motion for Sanctions (Doc. No. 17) is DENIED.

3. Plaintiffs' Motion to Place the Within Action in Civil Suspense (Doc. No. 19) is DENIED as moot.

4. The above-captioned action is DISMISSED and the Clerk of Court shall close

21

this case.

BY THE COURT:

 /s/ Joel H. Slomsky  
JOEL H. SLOMSKY